M. P. HILGERS *et al.* Appellants, *vs.* THE COUNTY OF TAZE-
WELL, Appellee.

*Opinion filed June 16, 1914—Rehearing denied October 7, 1914.*

This case is controlled by the decision in *Irmegar* v. *Tazewell
County, (ante,* p. 172.)

APPEAL from the Circuit Court of Tazewell county; the
Hons. T. N. GREEN and JOHN M. NIEHAUS, Judges, pre-
siding *en banc.*

WEIL & BARTLEY, GEORGE J. JOCHEM, and FRANK J.
QUINN, for appellants.

W. J. REARDON, State's Attorney, for appellee.

Mr. JUSTICE VICKERS delivered the opinion of the court:

This is an appeal from the circuit court of Tazewell
county from an order of that court dismissing a petition
filed under sections 113 and 117 of chapter 46 of Hurd's
Statutes, for the purpose of contesting a special election
held in said county October 20, 1913, upon the question of
issuing $250,000 of county bonds to build a court house.

The record in this case is substantially the same as that
in *Irmegar* v. *Tazewell County, (ante,* p. 172,) and the
questions presented for determination in this case are the
same questions which have already received the considera-
tion of this court in that case and have there been decided.

The questions in this case are all determined in the case
above referred to, and for the reasons therein given the
judgment in this case is reversed and the cause remanded.

*Reversed and remanded.*